IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE GASAWAY, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-2902 |
| v. | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of Social Security. | : | |

**ORDER**

**AND NOW**, this 17th day of May 2011, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Carol Wells (Doc. No. 20) and Plaintiff Joanne Gasaway's Objections to the Report and Recommendation (Doc. No. 21), and after an independent review of the pertinent record and for the reasons stated in the Opinion of the Court filed this day, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED**.
2. Plaintiff's Request for Review is **DENIED**.
3. Judgment is **ENTERED** in favor of Defendant Commissioner of Social Security and against Plaintiff Joanne Gasaway.
4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.